United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| PIERRE RICHARD GOIN, *Petitioner*, | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-00653 |
| WARDEN, RIO GRANDE DETENTION CENTER, *et al.*, *Respondents*. | § | |

## ORDER OF DISMISSAL

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), and Respondents' Motion for Summary Judgment (Dkt. 6) and Motion to Dismiss (Dkt. 11). Petitioner is a native and citizen of Haiti. (Dkt. 1 at 1). At the time the habeas petition was filed, Petitioner was detained at the Rio Grande Detention Center in Laredo, Texas. (Dkt. 1 at 1). Petitioner challenges his detention and seeks immediate release from custody. (Dkt. 1 at 9).

On October 19, 2026, Respondents advised the Court that Petitioner was removed from the United States on October 15, 2026, and thus, is no longer in custody. (Dkt. 10 at 1).

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 21st day of October 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE